**IT IS ORDERED as set forth below:**



**Date: September 6, 2023**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-60022-JRS |
| | ) | |
| GARY YEKEEN PITTS, | ) | CHAPTER 13 |
| Debtor | ) | |
| | ) | HON. JAMES R. SACCA |
| | ) | |
| ASSOCIATED CREDIT UNION, | ) | |
| Movant | ) | |
| vs. | ) | |
| | ) | |
| GARY YEKEEN PITTS, | ) | |
| Respondent | ) | |
| NANCY J. WHALEY, | ) | |
| Trustee | ) | |

**ORDER TERMINATING AUTOMATIC STAY**

**IT APPEARING** that a Consent Order (Docket No. 22) was entered on February 23, 2023

resolving Associated Credit Union's Motion for Relief from Automatic Stay (Docket No. 19); and

**IT APPEARING** that the Consent Order obligated the Debtor to maintain regular Chapter

13 Trustee payments for a period of twelve (12) months; and

**IT APPEARING** that ACU has alleged that the Debtor has defaulted under the terms of the Consent Order and that ACU served the Debtor and the Debtor's attorney with a written Notice of Default and Right to Cure Default (Notice of Default); and

**IT APPEARING** that the Debtor failed to cure the default within ten (10) days of the mailing of the Notice of Default; and

**IT APPEARING** that ACU has filed a Default Motion and Affidavit of Default, including a copy of the Notice of Default sent to the Debtor and to the Debtor's attorney; and therefore it is

**ORDERED** that the automatic stay imposed by 11 U.S.C. § 362 is hereby terminated as to the 2015 Infiniti QX60, VIN 5N1AL0MN5FC537550 ("Vehicle"); and it is further

**ORDERED** that should ACU take possession and liquidate the Vehicle, any equity resulting from the disposition of the Vehicle shall be paid by ACU to the Chapter 13 Trustee.

**[END OF DOCUMENT]**

Submitted by:

*/s/ Michael B. Pugh*
**MICHAEL B. PUGH**
Georgia State Bar No. 150170
THOMPSON, O'BRIEN, KAPPLER & NASUTI, P.C.
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092
(770) 925-0111
mpugh@tokn.com
Attorneys for Associated Credit Union

## DISTRIBUTION LIST

| | |
|---|---|
| DEBTOR: | Gary Yekeen Pitts<br>6776 Gina Agha Circle<br>Lithonia, GA 30038 |
| DEBTOR'S ATTORNEY: | Chalcia L. Rainford<br>Rainford Law Firm, P.C.<br>4920 N. Henry Blvd.<br>Stockbridge, GA 30281 |
| CHAPTER 13 TRUSTEE: | Nancy J. Whaley<br>Chapter 13 Trustee<br>Suite 120, Truist Plaza Garden Offices<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303 |
| MOVANT'S ATTORNEY: | Michael B. Pugh<br>Thompson, O'Brien, Kappler & Nasuti, PC<br>2 Sun Court, Suite 400<br>Peachtree Corners, GA 30392 |